```
                 UNITED STATES DISTRICT COURT FOR THE

                     EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )    No. CR-F-05-00149 AWI
                               )
            Plaintiff,         )
                               )
     v.                        )
                               )
KEVIN RICHARD HOUSE,           )
                               )
                               )
            Defendant.         )
_____)
```

**<u>ORDER</u>**

The court has considered the stipulation of the parties regarding the proposed modification of relevant dates, including the trial date, for this case. The court adopts the proposed amendments and orders that relevant dates be modified with relevant times remaining the same as in the court's pretrial order issued October 25, 2005.

| | |
|---|---|
| Motions in Limine: | January 9, 2006 |
| Responses to MIL: | January 16, 2006 |
| Replies (optional): | January 23, 2006 |
| Hearing on MIL: | January 30, 2006 |
| Remaining Pretrial | February 9, 2006 |

1

```
            Filings (Trial Brief,
            Witness List, Proposed
            Jury Instructions, Joint
            Summary of the Case)

            Trial                         February 14, 2006
```

IT IS FURTHER ORDERED that to the extent time would have been excluded under the Speedy Trial Act under the court's prior order, time will be excluded through and including February 14, 2006, for the reasons previously stated by the court.


IT IS SO ORDERED.

**Dated:   November 9, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

2